# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                         No. 3:16-cr-30069-DRH-1

**ERIC M. SWANCUTT,**

    Defendant.

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On January 30, 2017, this court entered an order for forfeiture against defendant Eric M. Swancutt for the following property which had been seized from the defendant:

**One Compaq Presario, Model CQ60-419WM, laptop computer, bearing serial number 2CE925BWLG.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(7).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning February 6, 2017, and ending March 7, 2017, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in

the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on January 30, 2017, namely:

**One Compaq Presario, Model CQ60-419WM, laptop computer, bearing serial number 2CE925BWLG.**

The Federal Bureau of Investigation or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the Federal Bureau of Investigation or the United States Marshal.

**IT IS SO ORDERED.**
Signed this 5th day of May, 2017.

Digitally signed by Judge David R. Herndon
Date: 2017.05.05 12:18:48 -05'00'

UNITED STATES DISTRICT JUDGE